PROB 12B
(6/21)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Joshua J. Hartman                    Cr.: 22-01365M-001
                                                                            PACTS #: 8020281

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT T. NUMBERS
                                        UNITED STATES MAGISTRATE JUDGE (ED/NC)

Date of Original Sentence: 06/29/2022

Original Offense:   Driving While Intoxicated- Level IV, in violation of 18 U.S.C. §13-7210, a Class A Misdemeanor

Original Sentence: 12 months' probation

Special Conditions: Community Service - Hours, Drug Treatment, Drivers' License Suspension, Fine, Special Assessment, Other Financial Obligation

Type of Supervision: Probation                          Date Supervision Commenced: 06/29/2022

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

### ALCOHOL/DRUG TESTING AND TREATMENT

You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.

### MENTAL HEALTH TREATMENT

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

Prob 12B – page 3
Joshua J. Hartman

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (As recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

11/1/2022
Date